IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| ASHFAQ HUSSAIN, on behalf of himself and others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) | Cause No. 1:17-CV-00625-TWP-MPB |
| | ) | |
| LSF9 MASTER PARTICIPATION TRUST, CALIBER HOME LOANS, INC., and U.S. BANK TRUST, N.A., as Trustee of LSF9 MASTER PARTICIPATION TRUST, | ) ) ) ) ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION TO DISMISS
## PLAINTIFF'S COMPLAINT – CLASS ACTION

Defendants LSF9 Master Participation Trust, Caliber Home Loans, Inc., and U.S. Bank Trust, N.A. as Trustee of LSF9 Master Participation Trust (collectively, "Defendants"), pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), respectfully request that the Court dismiss Plaintiff's putative Complaint – Class Action. In support of this Motion, Defendants state:

1.      Plaintiff filed his putative Complaint – Class Action ("Complaint") on February 28, 2017.

2.      As discussed in Defendants' supporting brief, which is incorporated by reference herein, Plaintiff's Complaint should be dismissed because it fails to state a claim, and because Plaintiff lacks standing.

WHEREFORE, defendants LSF9 Master Participation Trust, Caliber Home Loans, Inc., and U.S. Bank Trust, N.A. as Trustee of LSF9 Master Participation Trust respectfully request that the Court dismiss the Plaintiff's Complaint with prejudice pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), and grant Defendants all other just and proper relief.

Respectfully submitted,

Dated:  April 24, 2017

/s/ Edward M. Smid
Manny J. Caixeiro (pro hac vice)
Jalina J. Hudson (pro hac vice)
PERKINS COIE LLP
30 Rockefeller Plaza, 22th Floor
New York, NY  10112-0085
Phone:  212.262.6900
mcaixeiro@perkinscoie.com
jhudson@perkinscoie.com

Michael H. Gottschlich (#22668-49)
Edward M. Smid (#30134-49)
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, Indiana 46204
Phone:  317.236.1313
Fax:  317.231.7433
mgottschlich@btlaw.com
edward.smid@btlaw.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2017, a copy of the foregoing was filed electronically.

Notice of this filing will be sent to all counsel of record by operation of the Court's electronic

filing system.  Parties may access this filing through the Court's system.

Daniel A. Edelman
Cathleen M. Combs
Michelle A. Alyea
Edelman, Combs, Latturner
  & Goodwin, LLC
courtecl@edcombs.com
ccombs@edcombs.com
malyea@edcombs.com

Robert E. Duff
Indiana Consumer Law Group
The Law Office of Robert E. Duff
robert@robertdufflaw.com

*/s/ Edward M. Smid*