IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ASHFAQ HUSSAIN, on behalf of himself and others similarly situated, ) ) ) | |
| Plaintiff, ) | |
| v. ) | Cause No. 1:17-CV-00625-TWP-MPB |
| ) | |
| LSF9 MASTER PARTICIPATION TRUST, CALIBER HOME LOANS, INC., and U.S. BANK TRUST, N.A., as Trustee of LSF9 MASTER PARTICIPATION TRUST, ) ) ) ) ) | |
| Defendants. ) | |

## DEFENDANTS' MOTION TO DISMISS
## PLAINTIFF'S AMENDED COMPLAINT – CLASS ACTION

Defendants LSF9 Master Participation Trust, Caliber Home Loans, Inc., and U.S. Bank Trust, N.A. as Trustee of LSF9 Master Participation Trust (collectively, "Defendants"), pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), respectfully request that the Court dismiss Plaintiff's putative Amended Complaint – Class Action. In support of this Motion, Defendants state:

1. Plaintiff filed his putative Amended Complaint – Class Action ("Amended Complaint") on May 8, 2017.

2. As discussed in Defendants' supporting brief, which is incorporated by reference herein, Plaintiff's Amended Complaint should be dismissed because Plaintiff lacks standing and because he fails to state a valid claim.

WHEREFORE, defendants LSF9 Master Participation Trust, Caliber Home Loans, Inc., and U.S. Bank Trust, N.A. as Trustee of LSF9 Master Participation Trust respectfully request that the Court dismiss the Plaintiff's Amended Complaint with prejudice pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), and grant Defendants all other just and proper relief.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated:  May 22, 2017 | */s/ Edward M. Smid* |
|  | Manny J. Caixeiro (pro hac vice) |
|  | Jalina J. Hudson (pro hac vice) |
|  | PERKINS COIE LLP |
|  | 30 Rockefeller Plaza, 22th Floor |
|  | New York, NY  10112-0085 |
|  | Phone:  212.262.6900 |
|  | mcaixeiro@perkinscoie.com |
|  | jhudson@perkinscoie.com |
|  |  |
|  | Michael H. Gottschlich (#22668-49) |
|  | Edward M. Smid (#30134-49) |
|  | BARNES & THORNBURG LLP |
|  | 11 South Meridian Street |
|  | Indianapolis, Indiana 46204 |
|  | Phone:  317.236.1313 |
|  | Fax:  317.231.7433 |
|  | mgottschlich@btlaw.com |
|  | edward.smid@btlaw.com |
|  |  |
|  | *Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2017, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

>Daniel A. Edelman
>Cathleen M. Combs
>Michelle A. Alyea
>Edelman, Combs, Latturner
>   & Goodwin, LLC
>courtecl@edcombs.com
>ccombs@edcombs.com
>malyea@edcombs.com
>
>Robert E. Duff
>Indiana Consumer Law Group
>The Law Office of Robert E. Duff
>robert@robertdufflaw.com

>*/s/ Edward M. Smid*