# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | |
|---|---|
| ASHFAQ HUSSAIN on behalf of plaintiff and others similarly situated,<br><br>                Plaintiff,<br><br>                v.<br><br>LSF 9 MASTER PARTICIPATION TRUST,<br>CALIBER HOME LOANS, INC.,<br>US BANK TRUST, NA as Trustee of LSF9<br>Master Participation Trust,<br><br>                Defendants. | No. 1:17-cv-00625-TWP-MPB |

## ORDER

The Court VACATES its order issued November 30, 2017 at Dkt. 54 as parties notified the Court that a settlement has been reached in this matter. All pending motions, hearings, and deadlines are denied as moot. Counsel is directed to proceed to finalize the agreement to resolve these claims, and to file the appropriate motion with the Clerk of Court on or before January 2, 2018.

Date: 12/1/2017

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Manny Caixeiro
Perkins Coie LLP
30 Rockefeller Plaza
22nd Floor
New York, NY 10112-0015

Cathleen Maria Combs
EDELMAN COMBS LATTURNER GOODWIN
ccombs@edcombs.com

Robert E. Duff
INDIANA CONSUMER LAW GROUP
robert@robertdufflaw.com

Daniel A. Edelman
EDELMAN COMBS LATTURNER & GOODWIN LLC
courtecl@edcombs.com

Michael H. Gottschlich
BARNES & THORNBURG LLP (Indianapolis)
mgottsch@btlaw.com

Tiffany N. Hardy
EDELMAN COMBS LATTURNER GOODWIN
thardy@edcombs.com

Jalina Joy Hudson
Perkins Coie LLP
jhudson@perkinscoie.com

Edward M. Smid
BARNES & THORNBURG LLP (Indianapolis)
edward.smid@btlaw.com