IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ASHFAQ HUSSAIN, on behalf of himself and others similarly situated, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>LSF9 MASTER PARTICIPATION TRUST, )<br>CALIBER HOME LOANS, INC., and )<br>U.S. BANK TRUST, N.A., as Trustee of )<br>LSF9 MASTER PARTICIPATION TRUST, )<br>)<br>Defendants. ) | Cause No. 1:17-CV-00625-TWP-MPB |

## ORDER

This matter came before the Court on the parties' joint motion to extend their deadline to file a motion for preliminary approval of a class action settlement agreement by 14 days, to and including January 16, 2018. Being duly advised, the Court now GRANTS the motion.

IT IS HEREBY ORDERED that the parties' deadline to file a motion for preliminary approval of a class action settlement agreement is hereby extended by 14 days, to and including January 16, 2018.

Dated: 12/21/2017

_____
United States District Court
Southern District of Indiana

Distribution to all registered counsel of record via ECF