IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ASHFAQ HUSSAIN,<br>on behalf of plaintiff and others similarly situated,<br>            Plaintiff,<br><br>   v.<br><br>LF9 MASTER PARTICIPATION TRUST, *et al*.<br>            Defendant. | 17-cv-625-TWP-MPB |

## **ORDER**

This matter having come before this Court on **JOINT MOTION FOR EXTENSION OF TIME TO JANUARY 31, 2018 TO FILE PRELIMINARY APPROVAL MOTION,** with fair notice and opportunity to be heard being given and the Court being otherwise fully advised:

IT IS HEREBY ORDERED:

1. The above noted Motion is hereby granted.

2. The deadline for the parties to file their Preliminary Approval Motion is extended through January 31, 2018.

Date: 1/18/2018

                                                                               _____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Service of this order will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF System.