# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

ASHFAQ HUSSAIN,                                          )
on behalf of plaintiff and others similarly             )
situated,                                               )
                        Plaintiff,                      )        17-cv-625-TWP-MPB
                                                        )
                                                        )
        v.                                              )
                                                        )
LF9 MASTER PARTICIPATION TRUST, *et al.*                )
                        Defendant.                      )

## ORDER

This matter having come before this Court on **JOINT MOTION FOR EXTENSION OF TIME TO FEBRUARY 5, 2018 TO FILE PRELIMINARY APPROVAL MOTION,** with fair notice and opportunity to be heard being given and the Court being otherwise fully advised:

IT IS HEREBY ORDERED:

1.      The above noted Motion is hereby granted.

2.      The deadline for the parties to file their Preliminary Approval Motion is extended through February 5, 2018.


Date: 2/2/2018

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana


Service of this order will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF System.