IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

ASHFAQ HUSSAIN, on behalf of himself and      )
others similarly situated                      )        Case No. 17-cv-625-TWP-MPB
                                               )
                    Plaintiff,                 )
                                               )
v.                                             )
                                               )
LSF9 MASTER PARTICIPATION TRUST;               )
CALIBER HOME LOANS, INC., and U.S.             )
BANK TRUST, N.A., as trustee of LSF9 ,         )
MASTER PARTICIPATION TRUST,                    )
                                               )
                    Defendants.                )

## PRELIMINARY APPROVAL ORDER

The Court, having considered the Parties' Joint Motion for Preliminary Approval (the "Motion"), hereby grants preliminary approval to the Class Settlement Agreement ("Agreement") between Ashfaq Hussain ("Hussain"), Michael K. Carbone ("Carbone"), Robert Grosz ("R. Grosz") and Chaya Grosz ("C. Grosz"),( collectively, the "Plaintiffs"), individually and as representatives of the class defined in paragraph 10 of the Agreement (the "Class"), and Defendants, LSF9 Master Participation Trust ("LSF9"), Caliber Home Loans, Inc., ("Caliber"), and U.S. Bank Trust, N.A., as trustee of LSF9 Master Participation Trust ("U.S. Bank"), (collectively, the "Defendants") as follows:

1.      The terms of the Agreement are reasonable, fair and the Court adopts the definitions in the Agreement herein.  The terms of the Agreement are hereby approved by the Court, subject to the final fairness hearing described below.

2.      The Court finds that, for purposes of the settling this case, the requirements of Fed. R. Civ. P.  23 are satisfied in that: (1) the Class is sufficiently numerous that joinder of all

members is impractical[1]; (2) there are questions of law and fact common to the Class that predominate over any questions affecting only individual members; (3) the Plaintiffs' claims are typical to those of the Class Members; (4) the Plaintiffs and their counsel are adequate representatives for the Class, (5) settlement of this action on a class basis is the superior and appropriate method for the fair and efficient resolution of this controversy.

3.      Having found that the requirements of Fed. R. Civ. P. 23 are satisfied, the Court hereby certifies the following class:

> (a) all individuals (b) who were sent a document in the form represented by Exhibits A, B or C (attached hereto) (c) on or after August 20, 2014 and on or before March 20, 2017.

There are 81,602 persons in the Class.  Edelman, Combs, Latturner & Goodwin, LLC; Law Offices of Lawrence Katz, P.C.; Kleinman LLC; and the Law Office of Robert E. Duff are appointed as Class Counsel.

4.      The Court approves the Parties' proposed postcard Class Notice and directs it be mailed to the last known address of the Class Members.  Prior to mailing the Notice, the Class Administrator shall obtain current addresses for Class Members by running their addresses through the National Change of Address database. Notice to the Class Members shall be mailed on or before March 26, 2018 (30 days after receipt of the Class List and the costs of Notice and administration in the amount of $121,290.00).  The Settlement Administrator shall distribute the notice via any form of U.S. Mail providing address forwarding. Each notice shall be sent with a request for forwarding addresses. In the event that a notice is returned as undeliverable and a forwarding address is provided, the Settlement Administrator shall cause to be forwarded any such returned notice to the address provided within five days of receipt.  The Court also approves

---

[1] Defendants have represented that the Class consists of 81,602 persons.

the Parties' proposed website notice and directs it to be uploaded to the web address: www.eclgnotice.com _on or before March 26, 2018.

5.      No later than February 22, 2018 (ten (10) business days after the entry of this Order), Defendants are directed to: (1) provide Class Counsel with a list of Class Members' names and last known addresses and account numbers; and (2) advance the fees and costs of associated with the administration of this settlement in an amount not to exceed $121,290.00.  To the extent the administration of this settlement requires costs in excess of $121,290.00, such additional costs shall be deducted from the Class Recovery.

6.      The Court finds that the website notice and the mailing of the postcard Class Notice are the only form of notice required, and that such notice satisfies the requirements of due process and Fed. R. of Civ. P. 23(c)(2)(B).

7.      Class Members whose notices were mailed on or before March 26, 2018 have until May 25, 2018, or the first business day after the 60th day after the initial mailing of the Class notice on March 26, 2018, to complete and postmark a claim form, request to opt out of the proposed settlement or object to the proposed settlement.   A request for exclusion must be in writing and must include language to the effect of "I hereby wish to exclude myself from the settlement in *Hussain v. LSF9 Master Participation Trust, Case No.* 1:17-cv-000625-TWP-MPB (S.D. Ind.)" The request must also include the name, address, phone number and signature of the person(s) (or their authorized representative) seeking exclusion. The request must be mailed to the Settlement Administrator at the address provided in the Class notice and received by such date as set by the Court. A request for exclusion that does not include all of the foregoing information, or that is sent to an address other than the one designated in the Class notice, or that is not received within the time specified shall be invalid and the person(s) serving such request

shall remain a Class Member and shall be bound as a Class Member, subject to the final approval of this Court. The Settlement Administrator shall forward copies of all requests for exclusion to Counsel for the Parties no later than seven days after the deadline for Class Members to submit such requests.

8.    Class Counsel shall file a petition for approval of Class Counsel's reasonable attorney fees and expenses by April 25, 2018 (30 days after the initial mailing of Class Notice) which the Court shall rule on at the final approval hearing.

9.    A final hearing on the fairness and reasonableness of the Agreement and whether final approval shall be given to it and the request for Class Counsel for attorney's fees and expenses will be held on Thursday, June 14, 2018 at 2:30 p.m. in Courtroom 344, Birch Bayh Federal Building and U.S. Courthouse, Indianapolis, Indiana.

10.    Defendants shall file a notice that they have complied with the notice requirements of the Class Action Fairness Act of 2005, 28 U.S.C. §1715(b) by February 20, 2018.

11.    Within ten (10) days, the Parties shall file a copy of this Order in any of the open cases that are subject to the Agreement.


Date: 2/7/2018

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana


Distribution to all electronically
registered counsel of record via
CM/ECF