IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| Ashfaq Hussain, )<br>on behalf a class of similarly situated individuals, )<br>)<br>　　　　　　　Plaintiff, )<br>)<br>　　v. )<br>)<br>LSF9 Master Participation Trust, et.al. )<br>)<br>　　　　　　　Defendants. ) | Case No. 17-cv-625-TWP-MPB |

**MOTION FOR ENTRY OF FINAL APPROVAL OF THE
CLASS SETTLEMENT AGREEMENT**

Plaintiff Ashfaq Hussain ("Hussain"), individually and on behalf of others similarly situated, by Class Counsel, Edelman, Combs, Latturner & Goodwin, LLC ("ECLG"); Law Offices of Lawrence Katz, P.C. ("Katz"); Kleinman LLC ("Kleinman"); and the Law Office of Robert E. Duff ("Duff") respectfully request that the Court enter an Order granting Final Approval of the Class Settlement Agreement.

Plaintiff submits the attached memorandum in support of this motion for final approval of the Class Settlement Agreement.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ Tiffany N. Hardy
　　　　　　　　　　　　　　　　　　　　　Tiffany N. Hardy

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Tiffany N. Hardy
EDELMAN, COMBS, LATTURNER
　　　& GOODWIN, L.L.C.
20 South Clark Street, Suite 1500

1

Chicago, Illinois 60603
Telephone: (312) 739-4200
Facsimile: (312) 419-0379
E-Mail: courtecl@edcombs.com

## CERTIFICATE OF SERVICE

I, Tiffany N. Hardy, hereby certify that on June 8, 2018, I caused service of the foregoing document on all counsel of record by causing the document to be filed with the Clerk of the Court using the CM/ECF System.

/s/ Tiffany N. Hardy
Tiffany N. Hardy

Tiffany N. Hardy
EDELMAN, COMBS, LATTURNER
& GOODWIN LLC
20 South Clark Street, Suite 1500
Chicago, Illinois 60603
Telephone: (312) 739-4200
Facsimile: (312) 419-0379
E-Mail: courtecl@edcombs.com